## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| SHAMON L. RICKS, | ) |
| Plaintiff, | ) |
| vs. | ) CA 19-0319-MU |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **AFFIRMED**.

**DONE** this the **28th** day of **September, 2020**.

                                    s/P. BRADLEY MURRAY
                                    **UNITED STATES MAGISTRATE JUDGE**